The **CAMPAIGN FOR A PROGRESSIVE BRONX and Janet Villafane, individually and on behalf of others similarly situated, Plaintiffs,**

v.

**Robert S. BLACK, Matteo Lumetta, Martin Richards, James F. Bass, Rosemary A. Millus, Norman George, Ferdinand C. Marchi and Orlando Velez, Commissioners of Elections, as members of and constituting the Board of Elections of the City of New York, and Kay Amer, as chief clerk of the Bronx Borough Office of said Board of Elections, Defendants.**

**No. 85 Civ. 6443 (WK).**

United States District Court, S.D. New York.

April 16, 1986.

**648**

Frederick J. Jacobs, New York City, Samuel Issacharoff, Lawyers' Committee for Civil Rights Under Law, Voting Rights Project, Washington, D.C., for plaintiffs.

Frederick A.O. Schwarz, Jr., (Michael C. Harwood, of counsel), Corp. Counsel, City of New York, New York City, for defendants.

## MEMORANDUM & ORDER

WHITMAN KNAPP, District Judge.

On March 11, 1986 we awarded plaintiffs in the above captioned case attorneys' fees and litigation expenses pursuant to 42 U.S.C. § 1973*l* (e).[1] Plaintiffs now seek an amendment of that award to reflect the time spent preparing and arguing the original application for attorneys' fees. They are entitled to receive these fees. *Gagne v. Maher,* (2d Cir.1979) 594 F.2d 336, 343–44, *aff'd on other grounds,* (1980) 448 U.S. 122, 100 S.Ct. 2570, 65 L.Ed.2d 653. Accordingly, we award them these supplemental attorneys' fees according to

1. Familiarity with our prior opinion is assumed.

the same formula that we used in awarding them fees for the main action. We award them fees for one half of their hours at $100 an hour.

Plaintiffs' attorneys claim 23.6 hours on the application, 8 of which represent Issacharoff's travel time. Since it is not alleged that he worked on the trip, and since we have not been persuaded of the necessity of having two counsel present at the oral argument on the attorneys' fees application, we shall not re-imburse for these hours. Accordingly, we reduce the hours to 15.6.

We award $780.00 in supplemental attorneys' fees and litigation expenses of $154.63.

Plaintiffs shall submit the appropriate judgment.

SO ORDERED.